UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY AIUTO,            Civil Action No.: 18-11282
                                        Honorable David M. Lawson
         Plaintiff,        Magistrate Judge Elizabeth A. Stafford

v.

COMMISSIONER OF
SOCIAL SECURITY,

         Defendant.
_____/

**REPORT AND RECOMMENDATION TO DISMISS
<u>PLAINTIFF'S COMPLAINT FOR LACK OF SERVICE</u>**

Plaintiff Jeffery Aiuto's complaint seeks judicial review of a final decision of the Commissioner of the Social Security Administration denying his claim for benefits. The Honorable David M. Lawson referred this matter to the undersigned under 28 U.S.C. § 636(b) for a determination of all non-dispositive motions and a report and recommendation on dispositive motions. [ECF No. 3]. The Court now recommends that Aiuto's complaint be dismissed without prejudice for lack of service.

Aiuto filed his complaint on April 24, 2018 and the Court issued a summons on May 1, 2018. [ECF Nos. 1, 5]. He was required to serve the Commissioner, and to send copies of the summons and complaint by certified or registered mail to the United States Attorney for the Eastern

District of Michigan, and to the Attorney General of the United States in Washington, D.C. Fed. R. Civ. P. 4(i). Service of a summons and complaint must be made upon a defendant within 90 days after filing the complaint; otherwise, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Rule 4(m). But "if the plaintiff shows good cause for the failure, the Court must extend the time for service for an appropriate period." *Id.*

Here, Aiuto failed to show that he had properly and timely served the Commissioner, so the Court ordered him to "show cause in writing, on or before **September 4, 2018**, as to why the complaint should not be dismissed without prejudice for failure to timely serve the Defendant." [ECF No. 6]. Aiuto has not responded to the Court's show cause order, nor filed a certificate of service showing service on the Commissioner.

The Court thus **RECOMMENDS** that Aituo's complaint be **DISMISSED WITHOUT PREJUDICE** for lack of service.

Dated: September 28, 2018         s/Elizabeth A. Stafford
Detroit, Michigan                 ELIZABETH A. STAFFORD
                                  United States Magistrate Judge

## **NOTICE TO PARTIES REGARDING OBJECTIONS**

Either party to this action may object to and seek review of this Report and Recommendation, but must act within fourteen days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991)*; United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Filing objections which raise some issues but fail to raise others with specificity will not preserve all objections that party might have to this Report and Recommendation. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). A copy of any objection must be served upon this Magistrate Judge. E.D. Mich. LR 72.1(d)(2).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this Report and Recommendation to which it pertains. Not later than fourteen days after service of objections, **the non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in**

**length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections are without merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 28, 2018.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager
